**Order entered June 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00705-CR

**BRENDA ISELA MONTOYA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1122656-W**

## ORDER

Before the Court is the State's May 14, 2015 First Motion for Extension of Time to File Brief. The State's brief was due February 5, 2015. On March 4, 2015, the Court set the case for submission without oral argument on May 20, 2015. Six days prior to submission and more than three months after its brief was due, the State filed its brief and the pending motion.

The State's motion is **DENIED**. We **ORDER** the State's brief stricken from the record.

/Craig Stoddart/
CRAIG STODDART
PRESIDING JUSTICE